**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

PLANET AID, INC.,

    Plaintiff,

    v.

HELPING HANDS OF PA,

    Defendant.

CIVIL ACTION NO. 3:CV-10-2673

(JUDGE CAPUTO)

## ORDER

**NOW**, this 24th day of October, 2012, **IT IS HEREBY ORDERED** that Planet Aid, Inc's Motion to Amend its Complaint to Add a Party-Defendant (Doc. 41) is **GRANTED**. Planet Aid, Inc. shall file the Amended Complaint (Doc. 42, Ex. 5) **within twenty-one (21) days** form the date of entry of this Order.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge