# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PLANET AID, INC., | |
| Plaintiff, | CIVIL ACTION NO. 3:10-CV-2673 |
| v. | (JUDGE CAPUTO) |
| HELPING HANDS OF PA, | |
| Defendant. | |

## MEMORANDUM ORDER

Before me is Motion to Compel Defendant Helping Hands to Obtain New Legal Representation. (Doc. 65.)

In the foregoing motion, the Plaintiff seeks to have the Court enter an order compelling Defendant to hire counsel. Plaintiff reasons that since prior counsel, Anthony Martino, was disbarred on November 19, 2012, and the Defendant is a corporation and cannot represent itself, the Court should force the corporate Defendant to retain counsel. The Plaintiff seeks an order to this effect.

While it is true that Defendant corporation cannot represent itself, it is not appropriate for the Court to compel the Defendant to hire a lawyer. Rather, it would appear that the Plaintiff should proceed as others would proceed in similar circumstances, i.e., the process of default, default judgment and further proceedings, if necessary.

**NOW, THEREFORE, IT IS HEREBY ORDERED** that the Motion to Compel Defendant Helping Hands to Obtain New Legal Representation (Doc. 65) is **DENIED**.

Date: September 23, 2013

A. Richard Caputo
United States District Judge